IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

BANK OF AMERICA, N.A. As Successor By July 1, 2011 De Jure Merger With BAC Home Loans Servicing, LP, FKA Countrywide Home Loans Servicing LP, CASE NO.: 2011 CA 004389

Plaintiff,

vs.

Linda A. Nash; et al

Defendant(s).

_______________________________/

CIRCUIT COURT
2022 JUL 28 PM 2:03
BY SEMINOLE CO. FL D.C.

## CERTIFICATE OF SALE

The undersigned Clerk of the Court certifies that notice of public sale of the property described in the order or final judgment was published in the Sanford Herald, a newspaper circulated in Seminole County, Florida, in the manner shown by the proof of publication, and on 7/28/2022 at 11:00 am, the property was offered for public sale to the highest and best bidder for cash. The highest and best bid received for the property in the amount of $ 77,400 was submitted by THE PLAINTIFF to whom the property was sold. The proceeds of the sale are retained for distribution in accordance with the order or final judgment or law.

WITNESS my hand and the seal of this Court on the 28th day of July, 2022.

Grant Maloy
Seminole County, Florida, Clerk of Court and Comptroller

By: [signature]
Deputy Clerk

1092-7450B