IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

BANK OF AMERICA, N.A.

CASE NO.: 2011 CA 004389

Plaintiff,

VS.

Linda A. Nash; et al

Defendant(s).

_______________________________/

FILED IN OFFICE
GRANT MALOY
CLERK CIRCUIT COURT
2023 MAY -8 PM 2:1?
SEMINOLE CO. FL
BY D.C.

## CERTIFICATE OF TITLE

The undersigned Clerk of the Court certifies that he or she executed and filed a Certificate of Sale in this action on the 22nd day of July, 2022, for the property described herein and an objection was filed and dismissed per court order within the time allowed for filing objections.

The following property in Seminole County, Florida:

**LOT 4, BLOCK C, OF RIDGE HIGH SUBDIVISION, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 11, PAGE 84, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.**

**Property Address: 2136 Linden Road , Winter Park, FL 32792**

was sold to: FEDERAL NATIONAL MORTGAGE ASSOCIATION

5600 GRANITE PKWY, GRANITE PARK VII, PLANO, TX 75024

WITNESS my hand and the seal of this Court on the 8 day of May, 2023.

Grant Maloy
Seminole County, Florida, Clerk of Court and Comptroller

By: [signature]
Deputy Clerk

GRANT MALOY, SEMINOLE COUNTY
CLERK OF CIRCUIT COURT & COMPTROLLER
CFN# 2023041984 Bk:10435 Page:845(1Pgs)
REC: 05/08/2023 4:11:35 PM by jeckenroth
RECORDING FEES $0.00

1092-7450B