**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**LINDA A. NASH,**

**Plaintiff,**

**v.** **Case No. 1:23-cv-03134**

**UNITED STATES OF AMERICA CORP. INC.,**
**STATE OF FLORIDA CORPORATION,**
**SEMINOLE COUNTY FLORIDA CORPORATION**
**BANK OF AMERICA, N.A., INC.**
**JANE AND JOHN DOES**

**Defendants.**
**_________________________________/**

# APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

STATE OF FLORIDA.

Date: November 27, 2023

Respectfully Submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ Blain Goff
Blain Goff
Senior Assistant Attorney General
Florida Bar No. 109467

Office of the Attorney General
3507 E. Frontage Rd. Suite 150
Tampa, FL 33603
T - (813) 233-2880; F - (813) 281-1859
Blain.Goff@myfloridalegal.com
Counsel for the State of Florida

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 27, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to those persons capable of receiving such notices of electronic filing. I further certify that a true and correct copy of the foregoing was sent by U.S. mail to Plaintiff, *pro se*, Linda A. Nash 2136 Linden Rd. Winter Park, FL 32792-1841.

/s/ Blain Goff
Blain Goff
Senior Assistant Attorney General