**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**LINDA A. NASH,**

**Plaintiff,**

**v.** **Case No. 1:23-cv-03134**

**UNITED STATES OF AMERICA CORP. INC.,**
**STATE OF FLORIDA CORPORATION,**
**SEMINOLE COUNTY FLORIDA CORPORATION**
**BANK OF AMERICA, N.A., INC.**
**JANE AND JOHN DOES**

**Defendants.**
**_________________________________/**

**EXHIBIT A**

Civil Docket for Case #: 6:19-cv-00885-RBD-DCI
U.S. District Court
Middle District of Florida (Orlando

# U.S. District Court
# Middle District of Florida (Orlando)
# CIVIL DOCKET FOR CASE #: 6:19-cv-00885-RBD-DCI

Nash et al v. State of Florida Fifth District Court of Appeals et al
Assigned to: Judge Roy B. Dalton, Jr.
Referred to: Magistrate Judge Daniel C. Irick
Case in other court: 11th Circuit, 19-12898
Cause: 42:1983 Civil Rights Act

Date Filed: 05/09/2019
Date Terminated: 05/31/2019
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Linda A. Nash** represented by **Linda A. Nash**
2136 Linden Rd.
Winter Park, FL 32792
407-418-8266
PRO SE

**Plaintiff**

**Richard M. Annette** represented by **Richard M. Annette**
3679 Midiron Dr.
Winter Park, FL 32789
321-228-4645
PRO SE

V.

**Defendant**

**State of Florida Fifth District Court of Appeals**

**Defendant**

**Richard B. Orfinger** represented by **Robert Edward Gregg**
Florida Attorney General's Office
PL-01, The Capitol
Tallahassee, FL 32399
850-414-3720
Email: robert.gregg@myfloridalegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Judge Wendy W. Berger** represented by **Robert Edward Gregg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**James A. Edwards** represented by **Robert Edward Gregg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian D. Lambert** represented by **Robert Edward Gregg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jay P. Cohen** represented by **Robert Edward Gregg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2019 | 1 | COMPLAINT against Wendy W. Berger, Jay P. Cohen, James A. Edwards, Brian D. Lambert, Richard B. Orfinger, State of Florida Fifth District Court of Appeals Filing fee $ 400.00, receipt number ORL082569 filed by Linda A. Nash, Richard M. Annette. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(DMA) (Entered: 05/09/2019) |
| 05/09/2019 | 2 | SUMMONS issued as to Wendy W. Berger, Jay P. Cohen, James A. Edwards, Brian D. Lambert, Richard B. Orfinger. (DMA) (Entered: 05/09/2019) |
| 05/10/2019 | 3 | AMENDED COMPLAINT against Wendy W. Berger, Jay P. Cohen, James A. Edwards, Brian D. Lambert, Richard B. Orfinger, State of Florida Fifth District Court of Appeals filed by Linda A. Nash, Richard M. Annette. Related document: 1 Complaint filed by Linda A. Nash, Richard M. Annette. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (DMA) (Entered: 05/10/2019) |
| 05/23/2019 | 4 | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 6/6/2019. Signed by D. Darley/Deputy Clerk on 5/23/2019. (DJD) ctp** (Entered: 05/23/2019) |
| 05/23/2019 | 5 | **INTERESTED PERSONS ORDER Certificate of interested persons and corporate disclosure statement due by 6/6/2019. Signed by Judge Carlos E. Mendoza on 5/23/2019. (DJD) ctp** (Entered: 05/23/2019) |
| 05/23/2019 | 6 | **ORDER of recusal and directing the Clerk of Court to reassign this case for all further proceedings. Signed by Judge Carlos E. Mendoza on 5/23/2019. (DJD)** (Entered: 05/23/2019) |
| 05/24/2019 | 7 | Case Reassigned to Judge Roy B. Dalton, Jr.. New case number: 6:18-cv-885-Orl-37GJK. Judge Carlos E. Mendoza no longer assigned to the case. (MAA) (Entered: 05/24/2019) |
| 05/31/2019 | 8 | **PRO SE ORDER. Signed by Judge Roy B. Dalton, Jr. on 5/31/2019. (JLC)** (Entered: 05/31/2019) |
| 05/31/2019 | 9 | NOTICE of voluntary dismissal by Richard M. Annette. (JP) (Entered: 05/31/2019) |
| 05/31/2019 | 10 | RETURN of service executed on 05/23/19 by Linda A. Nash, Richard M. Annette as to Wendy W. Berger. (JP) (Entered: 05/31/2019) |
| 05/31/2019 | 11 | RETURN of service executed on 05/21/19 by Linda A. Nash, Richard M. Annette as to Richard B. Orfinger. (JP) (Entered: 05/31/2019) |
| 05/31/2019 | 12 | RETURN of service executed on 05/21/19 by Linda A. Nash, Richard M. Annette as to James A. Edwards. (JP) (Entered: 05/31/2019) |
| 05/31/2019 | 13 | RETURN of service executed on 05/21/19 by Linda A. Nash, Richard M. Annette as to Jay P. Cohen. (JP) (Entered: 05/31/2019) |
| 05/31/2019 | 14 | **ORDER dismissing case. Signed by Judge Roy B. Dalton, Jr. on 5/31/2019. (JLC)** (Entered: 05/31/2019) |
| 06/03/2019 | 15 | NOTICE of Appearance by Robert Edward Gregg on behalf of Wendy W. Berger, Jay P. Cohen, James A. Edwards, Brian D. Lambert, Richard B. Orfinger (Gregg, Robert) (Entered: 06/03/2019) |

| | | |
|---|---|---|
| 06/04/2019 | 16 | CERTIFICATE of interested persons and corporate disclosure statement re 5 Interested persons order by Linda A. Nash. (LMM) (Entered: 06/04/2019) |
| 06/04/2019 | 17 | NOTICE of pendency of related cases re 4 Related case order and track 2 notice per Local Rule 1.04(d) by Linda A. Nash. Related case(s): yes (LMM) (Entered: 06/04/2019) |
| 06/10/2019 | 18 | Remark: Doc. 16 has been reviewed. Signed by Judge Roy B. Dalton, Jr. on 6/10/19. (PKK) (Entered: 06/10/2019) |
| 06/19/2019 | 19 | MOTION for Reconsideration re 14 Order dismissing case by Richard M. Annette, Linda A. Nash. (LMM) (Entered: 06/19/2019) |
| 07/02/2019 | 20 | **ORDER denying 19 Motion for Reconsideration of Court's Order Dismissing Case for Lack of Jurisdiction. Signed by Judge Roy B. Dalton, Jr. on 7/1/2019. (JLC)** (Entered: 07/02/2019) |
| 07/29/2019 | 21 | NOTICE OF APPEAL as to 20 Order on Motion for Reconsideration by Linda A. Nash. Filing fee $ 505, receipt number ORL084316. (JP) (Entered: 07/29/2019) |
| 07/30/2019 | 22 | TRANSMITTAL of initial appeal package to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 21 Notice of appeal. (JP) (Entered: 07/30/2019) |
| 09/24/2019 | | Pursuant to F.R.A.P. 11(c), the Clerk of the District Court for the Middle District of Florida certifies that the record is complete for the purposes of this appeal re: 21 Notice of appeal. All documents are imaged and available for the USCA to retrieve electronically. USCA number: 19-12898 (JP) (Entered: 09/24/2019) |
| 04/01/2020 | 23 | OPINION of USCA as to 21 Notice of appeal filed by Linda A. Nash. EOD: 04/01/2020; Mandate to issue at a later date. USCA number: 19-12898. The judges' motion to dismiss is DENIED. The motion for summary affirmance of the district court's order is GRANTED. Accordingly, the motion to stay the briefing schedule is DENIED as moot. (ALL) (Entered: 04/01/2020) |
| 05/21/2020 | 24 | MANDATE of USCA as to 21 Notice of Appeal filed by Linda A. Nash. Issued as Mandate: 05/21/2020. USCA number: 19-12898. Motion to dismiss is DENIED. Motion for summary affirmance of the District Court's order is GRANTED. Motion to stay briefing schedule is DENIED as moot. (ALL) (Entered: 05/22/2020) |
| 06/20/2023 | 25 | MOTION to Reopen Case by Linda A. Nash. (Attachments: # 1 Exhibit A, # 2 Exhibit A-1, # 3 Exhibit A-2, # 4 Exhibit A-3, # 5 Exhibit A-4, # 6 Exhibit A-5, # 7 Exhibit A-6, # 8 Exhibit B, # 9 Exhibit C)(SRD) (Entered: 06/21/2023) |
| 06/20/2023 | 26 | CERTIFICATE of service by Linda A. Nash re 25 MOTION to Reopen Case. (SRD) (Entered: 06/21/2023) |
| 06/22/2023 | 27 | EMERGENCY Motion for Joiner of Additional Defendants and MOTION to set for Hearing re 25 MOTION to Reopen Case by Linda A. Nash. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(SRD) (Entered: 06/22/2023) |
| 06/26/2023 | 28 | Case Reassigned to Magistrate Judge Daniel C. Irick. New case number: 6:19-cv-885-RBD-DCI. US Magistrate Judge Gregory J Kelly no longer assigned to the case. (RPB) (Entered: 06/26/2023) |
| 06/29/2023 | 29 | **ORDER denying 25 Motion to Reopen Case; denying 27 "Emergency" Motion to Join Additional Defendants. Signed by Judge Roy B. Dalton, Jr. on 6/29/2023. (ALL)** (Entered: 06/29/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/05/2023 11:59:23 | | | |
| **PACER Login:** | DavidAstidavid | **Client Code:** | |

| | | | |
|---|---|---|---|
| **Description:** | Docket Report | **Search Criteria:** | 6:19-cv-00885-RBD-DCI |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |